# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| SANDRA LEE | CIVIL ACTION NO. 21-3232 |
| VERSUS | JUDGE DONALD E. WALTER |
| CITY OF SHREVEPORT AND JOE MERO IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY AS ASSISTANT DIRECTOR OF SPAR | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling (Record Document 31), Defendant's Motion for Summary Judgment is hereby **GRANTED**. All of Plaintiff's remaining claims are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of February, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE